IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| UNITED STATES OF AMERICA | ) | Case No. 1:06-cr-00067-1 |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRY DEAN LESTER, | ) | By: Hon. Robert S. Ballou |
| Petitioner. | ) | United States Magistrate Judge |

The United States filed a motion to deem its response to Petitioner's motion to vacate, set aside, or correct sentence as timely filed. The United States explains it filed its response on 12:43 a.m. on June 1, 2016, instead of by May 31, 2016. Appearing proper to do so, the United States' motion is **GRANTED**.

                                      Enter: June 8, 2016

                                      /s/ Robert S. Ballou

                                      Robert S. Ballou
                                      United States Magistrate Judge